UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 MAY -2 PM 2:46

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 371    CR218-022 |
| | ) | Conspiracy |
| STEPHEN MICHAEL KELLY | ) | |
| MARK PETER COLVILLE | ) | 18 U.S.C. § 1363 |
| CLARE THERESE GRADY | ) | Destruction of Property on Naval |
| MARTHA HENNESSY | ) | Installation |
| ELIZABETH McALISTER | ) | |
| PATRICK M. O'NEILL | ) | 18 U.S.C. § 1361 |
| CARMEN TROTTA | ) | Depredation of Government |
| | ) | Property |
| | ) | |
| | ) | 18 U.S.C. § 1382 |
| | ) | Trespass |

THE GRAND JURY CHARGES THAT:

COUNT ONE
*Conspiracy*
18 U.S.C. § 371

1. From on or about a time prior to April 5, 2018, the precise date being unknown, up to and including April 5, 2018, in Camden County, in the Southern District of Georgia, and elsewhere, the defendants,

STEPHEN MICHAEL KELLY,
MARK PETER COLVILLE,
CLARE THERESE GRADY,
MARTHA HENNESSY,
ELIZABETH McALISTER,
PATRICK M. O'NEILL, and
CARMEN TROTTA,

aided and abetted by each other and by others unknown, did knowingly and willfully combine, conspire, confederate and agree with each other and with others known and unknown:

a) to go upon Naval Submarine Base Kings Bay, a United States naval installation, with knowledge that they needed, and did not have, authorization to do so and for a purpose prohibited by law, in violation of Title 18, United States Code, Section 1382;

b) to willfully and maliciously destroy and injure real and personal property within the special territorial jurisdiction of the United States, in violation of Title 18, United States Code, Section 1363; and

c) to willfully injure and commit a depredation against property of the United States and a department and agency thereof, that is, the United States Navy, with resulting damage in excess of $1,000, in violation of Title 18, United States Code, Section 1361.

## OVERT ACTS

2. In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Southern District of Georgia and elsewhere:

a) On or about April 5, 2018, defendants **STEPHEN MICHAEL KELLY, MARK PETER COLVILLE, CLARE THERESE GRADY, MARTHA HENNESSY, ELIZABETH McALISTER, PATRICK M. O'NEILL,** and

CARMEN TROTTA cut a padlock on a gate in the perimeter fence surrounding Naval Submarine Base Kings Bay, in Camden County, Georgia.

b) On or about April 5, 2018, defendants **STEPHEN MICHAEL KELLY, MARK PETER COLVILLE, CLARE THERESE GRADY, MARTHA HENNESSY, ELIZABETH McALISTER, PATRICK M. O'NEILL,** and **CARMEN TROTTA** entered Naval Submarine Base Kings Bay without authorization through the perimeter fence gate on which they had cut the padlock.

c) On or about April 5, 2018, defendants **STEPHEN MICHAEL KELLY, ELIZABETH McALISTER,** and **CARMEN TROTTA** walked across Naval Submarine Base Kings Bay to a restricted area referred to as the Limited Area ("LA").

d) On or about April 5, 2018, defendants **STEPHEN MICHAEL KELLY, ELIZABETH McALISTER,** and **CARMEN TROTTA** cut holes in the concertina wire and chain link fence surrounding the LA.

e) On or about April 5, 2018, defendants **STEPHEN MICHAEL KELLY, ELIZABETH McALISTER,** and **CARMEN TROTTA** climbed through the holes they had cut in the concertina wire and chain link fence surrounding the LA and entered a restricted area adjacent to the LA.

f) On or about April 5, 2018, defendants **CLARE THERESE GRADY** and **MARTHA HENNESSY** defaced property of the United States government by spray painting the south side entryway of the Strategic Weapons Facility, Atlantic, Engineering Services Building.

3

g) On or about April 5, 2018, defendants **MARK PETER COLVILLE** and **PATRICK M. O'NEILL** defaced property of the United States government by hammering and spray painting the missile display located in front of the Strategic Weapons Facility, Atlantic, Engineering Services Building.

h) On or about April 5, 2018, defendants **MARK PETER COLVILLE** and **PATRICK M. O'NEILL** defaced property of the United States government by removing lettering from the sign located in front of the Strategic Weapons Facility, Atlantic, Engineering Services Building.

All in violation of Title 18, United States Code, Sections 371 and 2.

## COUNT TWO
*Destruction of Property on Naval Installation*
18 U.S.C. § 1363

On or about April 5, 2018, in Camden County, in the Southern District of Georgia, the defendants,

**STEPHEN MICHAEL KELLY,**
**MARK PETER COLVILLE,**
**CLARE THERESE GRADY,**
**MARTHA HENNESSY,**
**ELIZABETH McALISTER,**
**PATRICK M. O'NEILL, and**
**CARMEN TROTTA,**

aided and abetted by each other, at a place within the special maritime and territorial jurisdiction of the United States, namely, Naval Submarine Base Kings Bay, did willfully and maliciously destroy, injure, and attempt to destroy and injure, a structure and other real and personal property, in violation of Title 18, United States Code, Sections 1363 and 2.

## COUNT THREE
*Depredation of Government Property*
18 U.S.C. § 1361

On or about April 5, 2018, in Camden County, in the Southern District of Georgia, the defendants,

        **STEPHEN MICHAEL KELLY,**
        **MARK PETER COLVILLE,**
        **CLARE THERESE GRADY,**
        **MARTHA HENNESSY,**
        **ELIZABETH McALISTER,**
        **PATRICK M. O'NEILL, and**
        **CARMEN TROTTA,**

aided and abetted by each other, willfully and by means of cutting, painting and defacing, did injure and commit a depredation against property of the United States and of the United States Navy, with resulting damage in excess of $1,000.00, in violation of Title 18, United States Code, Sections 1361 and 2.

## COUNT FOUR
*Trespass*
18 U.S.C. § 1382

On or about April 5, 2018, in Camden County, in the Southern District of Georgia, the defendants,

**STEPHEN MICHAEL KELLY,
MARK PETER COLVILLE,
CLARE THERESE GRADY,
MARTHA HENNESSY,
ELIZABETH McALISTER,
PATRICK M. O'NEILL, and
CARMEN TROTTA,**

aided and abetted by each other, went upon Naval Submarine Base Kings Bay, a United States naval installation, for a purpose prohibited by law, that is, to destroy government property, in violation of Title 18, United States Code, Section 1363, and to depredate government property, in violation of Title 18, United States Code, Section 1361.

All in violation of Title 18, United States Code, Sections 1382 and 2.

A True Bill.

_____
[Foreperson signature redacted]

_____
Bobby L. Christine
United States Attorney

_____
Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

_____
Karl I. Knoche
Assistant United States Attorney
Lead counsel

_____
Christopher Howard
Assistant United States Attorney
Co-counsel

_____
Katelyn Semales
Special Assistant United States Attorney
Co-counsel