IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:18-cr-22 |
| STEPHEN MICHAEL KELLY, | |
| Defendant. | |

### DETENTION ORDER

The Court held an Arraignment in this case on May 17, 2018. At that hearing, all parties agreed that because Defendant has an outstanding federal probation violation warrant in another court, he would remain in custody on those charges until resolution of those charges even if this Court were to find that he qualifies for pre-trial release in the instant case. Thus, the issue of pre-trial release is moot, as Defendant recognized at his Arraignment. In the event of a change in circumstances such that Defendant wants to invoke his right to a detention hearing under 18 U.S.C. § 3142, Defendant must notify the Court by filing a motion for bond.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. If Defendant has counsel, Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED**, this 21st day of May, 2018.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA